## TREXLER v. POLLOCK

No. 581P99

Case below: 135 N.C.App. 601

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 April 2000. Motion by plaintiff for petition for discretionary review to be treated as a petition for writ of certiorari denied 6 April 2000.

## TWADDELL v. ANDERSON

No. 49P00

Case below: 136 N.C.App. 56

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 April 2000.

## WINBORNE v. EASLEY

No. 435A98-3

Case below: 136 N.C.App. 191

Notice of appeal by defendants pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 6 April 2000. Petition by defendants for writ of supersedeas denied 6 April 2000. Motion by defendants for temporary stay denied 6 April 2000.

## WRENN v. MARIA PARHAM HOSP., INC.

No. 16P00

Case below: 135 N.C.App. 672
            350 N.C. 372

Petition by plaintiff to rehear the denial of plaintiff's petitions for discretionary review and for writ of certiorarin pursuant to Rule 31 dismissed 6 April 2000.